Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.  6:14-MJ-052-MJS |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO DISMISS AND VACATE TRIAL CONFIRMATION AND BENCH TRIAL; AND ORDER THEREON** |
| DONALD FLOYD HAUETER JR., | |
| Defendant. | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice and in the interest of justice, and to vacate the Trial Confirmation scheduled for November 5, 2014, and to vacate the Bench Trial scheduled for December 4, 2014.

Dated:  September 10, 2014        NATIONAL PARK SERVICE

 /S/ Matthew McNease_____
Matthew McNease
Acting Legal Officer
Yosemite National Park, CA

1

**ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Donald Floyd Haueter Jr.,* 6:14-mj-052-MJS, be dismissed, without prejudice, in the interest of justice, and the currently scheduled Trial Confirmation on November 5, 2014, be vacated and the Bench Trial scheduled on December 4, 2014 be vacated.

IT IS SO ORDERED.

Dated: September 10, 2014         /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE